UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AXIS CONSTRUCTION COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>VILLAVO INC. f/k/a<br>BMARKO STRUCTURES INC., and<br>ARGONAUT INSURANCE COMPANY<br><br>    Defendants. | Civil No. 2:23-CV-00414-LEW |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties that have appeared in the above-captioned action, pursuant to the provisions of the Fed. R. Civ P. 41(a), hereby stipulate that all claims made by either party in this Action be dismissed <u>with prejudice</u> and without costs to any party.

                                               Respectfully submitted,

                                               AXIS CONSTRUCTION COMPANY

                                               By Its Attorneys,

                                               PRETI FLAHERTY BELIVEAU<br>                                                 & PACHIOS LLP

Date: July 24, 2025                            */s/ Adam J. Shub*
                                               Adam J. Shub (Maine Bar #4708)
                                               Once City Center; PO Box 9546
                                               Portland, ME 04112-9546
                                               (207) 791-3077
                                               *ashub@preti.com*

                                               and

                                        VILLAVO, INC.
                                        (f/k/a BMARKO STRUCTURES INC.)

                                        By its attorneys,

                                        BERNSTEIN SHUR

Date: July 24, 2025                      */s/ Asha Echeverria*
                                        Asha A. Echeverria, Esq. (Maine Bar# 4165)
                                        100 Middle Street; P.O. Box 9729
                                        Portland, ME 04104-5029
                                        (207) 774-1200
                                        *aecheverria@bernsteinshur.com*

      I, Adam J. Shub, hereby certify that on July 24, 2025, I electronically filed the above Stipulation of Dismissal with Prejudice with the clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

                                          */s/ Adam Shub*
                                          Adam J. Shub (Maine Bar #4708)
                                          *Attorney for Plaintiff*